# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 6000

**By CM/ECF E-Filing**                                      May 12, 2026

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:  ***Doherty v. Bristol-Myers Squibb Co., et al.*, No. 26-1021**

Dear Ms. Wolfe:

I am counsel for Defendants-Appellants Bristol-Myers Squibb Company, Bristol-Myers Squibb Company Pension Committee, and Bristol-Myers Squibb Compensation and Management Development Committee (together, "BMS Appellants") in the above-captioned appeal. Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that the deadline for the filing of Defendants-Appellants' opening brief be July 14, 2026. That deadline complies with Local Rule 31.2(a)(1)(A) because it is within 91 days after the May 12, 2026 "ready date" defined in that Rule.

Respectfully submitted,

*/s/ Sarah E. Harrington*
Sarah E. Harrington
*Counsel for BMS Appellants*